IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JEANNIE KNIGHT-FAIRMAN, AS SPECIAL ADMINISTRATRIX OF THE ESTATE OF MICHAEL R. KNIGHT, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * * * | No. 3:11-cv-00237-SWW |
| POINSETT COUNTY; POINSETT COUNTY SHERIFF'S DEPARTMENT; POINSETT COUNTY DETENTION CENTER; LARRY MILLS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF POINSETT COUNTY; CONNIE MILAM, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY AS JAILER/DISPATCHER FOR POINSETT COUNTY DETENTION CENTER; JOHN DEXTER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS JAILER FOR POINSETT COUNTY DETENTION CENTER; CHRIS HOLT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS JAILER OF POINSETT COUNTY DETENTION CENTER; AND JOHN DOES ONE THROUGH TEN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES WITH POINSETT COUNTY SHERIFF'S DEPARTMENT AND POINSETT COUNTY DETENTION CENTER, | * * * * * * * * * * * * * * * * * * * * * | |
| Defendants. | * | |

## ORDER

Defendants' unopposed motion [doc.#10] to dismiss separate defendants Poinsett County

Detention Center and Poinsett County Sheriff's Department is hereby granted.[1]

IT IS SO ORDERED this 16th day of December 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] At the request of plaintiff, the dismissal of these defendants is without prejudice.