IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEANNIE KNIGHT-FAIRMAN, AS          *
SPECIAL ADMINISTRATRIX OF THE       *
ESTATE OF MICHAEL R. KNIGHT,        *
                                    *
          Plaintiff,                *
vs.                                 *          No. 3:11-cv-00237-SWW
                                    *
POINSETT COUNTY; POINSETT COUNTY    *
SHERIFF'S DEPARTMENT; POINSETT      *
COUNTY DETENTION CENTER; LARRY      *
MILLS, INDIVIDUALLY AND IN HIS      *
OFFICIAL CAPACITY AS SHERIFF OF     *
POINSETT COUNTY; CONNIE MILAM,      *
INDIVIDUALLY AND IN HER OFFICIAL    *
CAPACITY AS JAILER/DISPATCHER FOR   *
POINSETT COUNTY DETENTION           *
CENTER; JOHN DEXTER, INDIVIDUALLY   *
AND IN HIS OFFICIAL CAPACITY AS     *
JAILER FOR POINSETT COUNTY          *
DETENTION CENTER; CHRIS HOLT,       *
INDIVIDUALLY AND IN HIS OFFICIAL    *
CAPACITY AS JAILER OF POINSETT      *
COUNTY DETENTION CENTER; AND        *
JOHN DOES ONE THROUGH TEN,          *
INDIVIDUALLY AND IN THEIR OFFICIAL  *
CAPACITIES WITH POINSETT COUNTY     *
SHERIFF'S DEPARTMENT AND            *
POINSETT COUNTY DETENTION           *
CENTER,                             *
          Defendants.               *

ORDER

The joint motion [doc.#35] of plaintiff and defendants to dismiss this action with

prejudice, the parties having reached a settlement, is hereby granted.

IT IS SO ORDERED this 20th day of December 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE